

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00062-CR

_____


CHARLES BENNETT BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 6th Judicial District Court
Lamar County, Texas
Trial Court No. 23984



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Charles Bennett Brown appeals from his conviction of delivery of cocaine in an amount of less than one gram within a drug-free zone and sentence of eight years' confinement. Brown has filed a single brief, in which he raises issues common to all of his appeals.[1] He argues that the evidence is insufficient to support the finding that the offense occurred in a drug-free zone as alleged in the indictment and that the trial court committed reversible error in allowing admission of extraneous offense testimony during punishment due to the State's exclusion of such testimony in its notice of intent to use extraneous offense evidence.

We addressed these issues in detail in our opinion of this date on Brown's appeal in cause number 06-11-00061-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.


Josh R. Morriss, III
Chief Justice

Date Submitted:     September 7, 2011
Date Decided:       September 9, 2011

Do Not Publish

---

[1]In total, Brown appeals from two convictions of delivery of cocaine in an amount of less than one gram within a drug-free zone in cause numbers 06-11-00061-CR and 06-11-00062-CR and two convictions of delivery of cocaine in an amount of more than one gram but less than four grams within a drug-free zone in cause numbers 06-11-00063-CR and 06-11-00064-CR.